DAVID P. CUSICK, #160467, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
TALVINDER S. BAMBHRA, #230907, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

In Re:

SHANNON EUGENA GENZEL

Debtor(s)

Case No:18-20134-C-13C
DCN: DPC-1

TRUSTEE'S MOTION TO DISMISS CASE

DATE: July 11, 2018
TIME: 9:00 AM
JUDGE: CHRISTOPHER M. KLEIN
COURTROOM: 33, 6TH FLOOR

DAVID P. CUSICK, STANDING CHAPTER 13 TRUSTEE, hereby moves the Court for an order dismissing this case pursuant to 11 U.S.C. §1307(c) as:

The debtor is in material default with respect to the term of a confirmed plan, 11 U.S.C. §1307(c)(6).

To date the debtor has paid a total of $3,160.00, with the last payment received on March 27, 2018. The Trustee shows a total of $6,385.76 is due, so the debtor is delinquent $3,225.76 in plan payments. Debtor's monthly payment is $1,596.44. Prior to the hearing in this matter, another payment of $1,596.44 will come due. **As a result debtor will need to pay $4,822.20, in order to bring this plan current by the date of the hearing.** The debtor must be current under all payments called for by any

pending Plan, Amended Plan or Modified Plan as of the date of the hearing on this motion or the case may be dismissed.

The Trustee has received the following payments in the above referenced case:

| Amount | Date | Source | Amount | Date | Source |
|---|---|---|---|---|---|
| $ 1,580.00 | Feb 27, 2018 | # | $ 1,580.00 | Mar 27, 2018 | # |

WHEREFORE, the Trustee asks that the Court grant an order dismissing this proceeding.

Dated: June 07, 2018

Talvinder S. Bambhra, Attorney for Trustee