DAVID P. CUSICK, #160467, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
TALVINDER S. BAMBHRA, #230907, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

In Re:

SHANNON EUGENA GENZEL

Debtor(s)

Case No: 18-20134-C-13C
DCN: DPC-1

DECLARATION OF YVETTE SANDERS IN SUPPORT OF TRUSTEE'S MOTION TO DISMISS CASE

DATE: July 11, 2018
TIME: 9:00 AM
JUDGE: CHRISTOPHER M. KLEIN
COURTROOM: 33, 6TH FLOOR

I, YVETTE SANDERS, do hereby state and declare as follows:

1. I am over the age of eighteen years old and not a party to this action.

2. I am employed by David P. Cusick, Trustee, and in the course of my employment, I have become familiar with his records and procedures, and the records of this case, and I can testify as to both.

3. I have reviewed the Trustee's records and show that the debtor has paid a total of $3,160.00, with the last payment received on March 27, 2018. Trustee records reflect a total of $6,385.76 due to date under the Plan, so the debtor is delinquent $3,225.76.

//

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed on June 07, 2018, at Folsom, California.

_____
YVETTE SANDERS